LETITIA ROY, Respondent, *v.* LOUIS FLAXMAN et al., Appellants.

*Roy* v. *Flaxman*, 138 App. Div. 926, affirmed.
(Argued October 25, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 31, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to rescind a contract to sell real property and cancel a deed delivered pursuant thereto upon the ground of fraud.

*Eli J. Blair* for appellants.

*L. Harding Rogers, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.